■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY JACOBS, Appellant. [863 NYS2d 826]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Leventhal, J.), rendered June 6, 2006, convicting him of murder in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the Supreme Court erred in denying his *Batson* challenge (*see Batson v Kentucky,* 476 US 79 [1986]) because the prosecutor's explanation for exercising a peremptory challenge with respect to a male juror was a pretext for gender discrimination. However, since the defendant raised no objection to the prosecutor's explanation for challenging that juror, his contention is unpreserved for appellate review (*see People v James,* 99 NY2d 264, 272 [2002]; *People v Thompson,* 34 AD3d 852, 853 [2006]; *People v Harris,* 294 AD2d 375 [2002]; *People v Sumpter,* 286 AD2d 450, 452 [2001]; *People v Santiago,* 272 AD2d 418 [2000]).

In any event, the defendant's challenge was properly denied because he failed to satisfy his burden of demonstrating, under the third prong of the *Batson* analysis, that the facially gender-neutral explanation given by the prosecutor for challenging the male juror was a pretext for gender discrimination (*see People v Payne,* 88 NY2d 172, 181-183 [1996]; *People v Allen,* 86 NY2d 101, 111 [1995]; *People v Thompson,* 34 AD3d at 853; *People v Sumpter,* 286 AD2d at 452; *People v Sedney,* 254 AD2d 376 [1998]). Mastro, J.P., Dillon, Eng and Belen, JJ., concur.